UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                          )<br>                    Plaintiff,             )<br>                                                          )<br>          v.                                        )<br>                                                          )<br>SURINDER SINGH SOHAL,         )<br>                                                          )<br>                    Defendant.          )<br>_____ ) | Case No. CR06-199-RSM-JPD<br><br>DETENTION ORDER |

Offenses charged:

Count 1: Conspiracy to Smuggle, Transport, and Harbor Illegal Aliens in violation of of 8 U.S.C. §§ 1324(a)(1)(A)(i), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

Counts 2 through 8: Bringing an Illegal Alien for Financial Gain in violation of 8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2.

Counts 9 through 16: Smuggling of an Illegal Alien in violation of 8 U.S.C. §§ 1324(a)(1)(A)(i), 1324(a)(1)(A)(v)(II), and 1324(A)(1)(B)(i),

Courts 17 through 23: Transporting an Illegal Alien in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324 (a)(1)(B)(i).

Counts 24 through 30: Harboring an Illegal Alien in violation of 8 U.S.C. §§ 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

Detention Hearing:  June 16, 2006.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)  The defendant is charged in thirty (30) counts.  Seven (7) of the counts carry mandatory three-year-minimum sentences, which can be stacked, providing strong incentive to flee.

(2)  The defendant retains strong family ties to India, and is alleged to be part of an alien-smuggling ring with strong connections throughout Canada, providing incentive to flee to Canada or to India, rather than facing the pending charges.

(3)  Based on the proffer by the government, the defendant was stopped in Wyoming while transporting illegal aliens, yet continued with the same conduct for which he is presently charged.

(4)  Based on the proffer by the government, the defendant attempted to sexually assault women who were the subjects of the alleged alien-smuggling ring.  This conduct poses a danger not only to the community, but to potential witnesses as well.

(5)  There appear to be no conditions or combination of conditions other than detention that will reasonably assure the defendant's appearance at future Court hearings or the safety of the community.

IT IS THEREFORE ORDERED:

(1)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private

consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 19th day of June, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge