UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: GRAND JURY INVESTIGATION 07-2 | NO. CR06-199RSM |
| MAMESH PATEL a/k/a MAHESH PATEL, | ORDER QUASHING MATERIAL WITNESS ARREST WARRANT |

Upon advisement by the United States of America that the material witness, MAMESH PATEL, has fully complied with his obligation in an ongoing criminal investigation,

IT IS ORDERED that the Material Arrest Warrant be quashed as to MAMESH PATEL, and the witness to be immediately released from the custody of the United States Marshal and returned to the custody of Immigration and Customs Enforcement.

DATED this <u>5th</u> day of September, 2008.

Mary Alice Theiler
United States Magistrate Judge